AO 440 (Rev. 06/12) Summons in a Civil Action

# PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(l))*

Case No. 2:25-cv-10434-SJM-KGA

This summons for *(name of individual and title, if any)* __Lola Chouinard__

was received by me on *(date)* __5/6/2025__

[X] I personally served the summons on the individual at *(place)* __2900 Chard Ave. Warren, MI 48092 on Tuesday at 8:10pm__ on *(date)* __5/6/2025__ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because _____ ; or

[ ] Other: *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: __5/6/2025__

Server's Signature

__Devin Ostrowski / Process Server__
*Printed Name and Title*

__2000 Town Center Suite 1300 Southfield, MI 48075__
*Server's address*

Additional information regarding attempted service, etc.: